UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

James R. Rector, an individual,
      Plaintiff

vs.                        Case. No:  13-cv-669

Smith and Bolden Associates Inc.,
a foreign for profit corporation, and
David C. Williams, an individual,

      Defendants.
_____

      Plaintiff, James Rector, sues defendants, Smith and Bolden Associates Inc. ("Defendant Owner") & David C. Williams ("Defendant Driver"), and states:

## **ALLEGATIONS COMMON TO ALL COUNTS**

    1.     This is an action that exceeds the sum of $15,000.00.

    2.     This is an action for damages that exceeds the jurisdictional limits of seventy-five thousand dollars ($75,000.00) for diversity purposes.

    3.     At all times material, James Rector, is a resident of Pensacola, Florida.

    4.     Based upon information and belief, the Defendant Driver, David C. Williams, is a resident of Georgia.

5.      Based upon information and belief, the Defendant Owner, Smith and Bolden Associates Inc., is a Georgia registered for-profit corporation with its principal place of business at 177 S Ohio Ave Folkston, GA 31537.

6.      On or about November 7, 2010, Defendant Owner owned a 1995 Freightliner truck with a VIN of 1FUYDSYB7SH670198 tag: IC4W59, a commercial motor vehicle that was used to haul goods in interstate commerce, on I-10 in Gadsden County, Florida.

7.      On or about November 7, 2010, Defendant Driver, David C. Williams, was operating the truck owned by Defendant Owner, with the consent or as an agent of Defendant Owner.

8.      On or about November 7, 2010, Defendant Driver negligently operated or maintained the truck on I-10 East in Gadsden County, Florida approximately 3 miles east of State Road 287 in such a manner that it struck the vehicle driven by James Rector.

### Count I
### Negligence as to Smith and Bolden Associates Inc.
### (Defendant Owner/ Tractor-Trailer Operator)

9.      The Plaintiff re-adopts and re-alleges Paragraphs 1-8.

10.     At all times material, the Defendant Owner, as the carrier and operator of the truck owed a duty to exercise reasonable care in the

ownership, operation, and control of the truck for the benefit of other individuals on public highway.

11.     On or about November 7, 2010, Defendant Owner negligently allowed the operation of this vehicle via its employee or agent, Defendant Driver so that the owned or operated vehicle collided with the Plaintiff's vehicle.

12.     As a direct and proximate result of the negligence described in this complaint, plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, demands judgment against the Defendant Owner, Smith and Bolden Associates Inc., for all damages and any other remedy to which he may be entitled, and demands a trial by jury.

## Count II
## Negligence as to David C. Williams (Defendant Driver)

13.     The Plaintiff re-adopts and re-alleges Paragraphs 1-8.

14.    At all times material, the Defendant Driver, David C. Williams, as the driver of the truck owed a duty to exercise reasonable care in the driving, operation, and control of said vehicle for the benefit of other individuals on public highway.

15.    Defendant Driver, breached his duty of care to other individuals on the above described public roadways, and in particular to the Plaintiff, as he was negligent and careless in the operation, use and/or driving and/or movement of said vehicle.

16.    As a direct and proximate result of the negligence described in this complaint, plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, demands judgment against the Defendant Driver, David C. Williams, for all damages and any other remedy

to which he may be entitled, and demands a trial by jury.

Dated this 16th day of December, 2013.


/s/ Christopher Crawford
Christopher Crawford
(FBN: 0087755)
201 E. Government Street
Pensacola, FL 32502
850 432-7726 (voice)
850 432-6222(fax)
Chris@BetterCallChris.Net
Attorney for the Plaintiff

/s/ Eric D. Stevenson
Eric D. Stevenson
Eric D. Stevenson, PA
Florida Bar No. 144495
919 North 12th Avenue
Pensacola, Florida 32501
(850) 434-3111
(850) 434-1188 – Facsimile
eric@davidleesellers.com
Attorney for Plaintiff