IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES RECTOR,

    Plaintiff,

v.                                   CASE NO. 4:13cv669-RH/CAS

SMITH and BOLDEN ASSOCIATES,
and DAVID C. WILLIAMS,

    Defendants.

_____/

## ORDER EXTENDING THE DEADLINES TO
## SERVE THE DEFENDANT WILLIAMS
## AND FOR THE DEFENDANT SMITH AND
## BOLDEN TO RESPOND TO THE COMPLAINT

IT IS ORDERED:

1. The plaintiff's motion, ECF No. 12, to extend the deadline to serve the defendant David C. Williams is GRANTED. The deadline is extended to June 17, 2014, but service should be effected as soon as possible.

2. The defendant Smith and Bolden Associates' unopposed motion, ECF No. 16, to extend the deadline to respond to the complaint is GRANTED. The deadline is extended to May 12, 2014.

SO ORDERED on April 21, 2014.

                                               s/Robert L. Hinkle
                                               United States District Judge